UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kimberly Lee,<br>o/b/o K.J.L.,<br>            Plaintiff, | ) ) ) ) ) | Civil Action No. 5:14-cv-1356-JMC-KDW |
| vs. | ) ) | ORDER |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration,<br>            Defendant. | ) ) ) ) ) | |

On April 14, 2014, Plaintiff, appearing pro se, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on August 5, 2014. ECF Nos. 21, 22. Plaintiff's brief in support of her appeal was due by October 23, 2014. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 21. To date, however, Plaintiff has not filed her brief, nor has she contacted the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal no later than **November 9, 2014**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

October 27, 2014                                              Kaymani D. West
Florence, South Carolina                           United States Magistrate Judge